IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAHIR BODDY-JOHNSON<br>**Petitioner,**<br>v.<br>ROBERT GILMORE,<br>SUPERINTENDENT, SCI-GREENE, et al.<br>**Respondents.** | CIVIL ACTION NO. 18-198 |

## ORDER

**AND NOW,** this 17th day of June 2024, upon careful and independent consideration of the Petition for Writ of Habeas Corpus [Doc. No. 1], the Report and Recommendation of United States Magistrate Judge Henry S. Perkin [Doc. No. 13], Petitioner's Objections [Doc. No. 27], and all of the filings in this case, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Petitioner's Objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED and ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED** without a hearing;

4. A certificate of appealability will not issue as there is no basis for concluding that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further;"[1] and

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quotation marks and citation omitted).